No. 13–2003

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,
*Plaintiff–Appellee*

v.

VON DREHLE CORPORATION,
*Defendant–Appellant*

Appeal from the United States District Court
for the Eastern District of North Carolina (5:05-cv-00478-BO) (Boyle, J.)

## AMENDED MOTION FOR EXTENSION OF TIME

Defendant-Appellant von Drehle Corporation, through undersigned counsel, hereby moves for a 30-day extension of time to file its opening brief and appendix in the above-captioned case, to and including November 6, 2013 (and a separate, corresponding extension of time for Plaintiff-Appellee to file the response brief). Under the initial scheduling order, absent an extension, von Drehle Corporation's opening brief and appendix would be due on October 7, 2013. von Drehle

Corporation has not previously requested an extension of time to file a brief in this appeal.[1]

Counsel for Plaintiff-Appellee Georgia-Pacific Consumer Products, LP ("Georgia-Pacific") does not oppose the requested extension of time, as long as this motion also seeks, and von Drehle Corporation agrees to, an amended briefing schedule that would provide for a corresponding 30-day extension of time, in addition to the standard response period, for Georgia-Pacific to file its response brief. von Drehle Corporation agrees to that corresponding extension and believes that a like extension for each party would be equitable. Accordingly, von Drehle Corporation hereby moves for a briefing schedule that reflects both a due date of November 6, 2013 for the opening brief and appendix, and a due date of January 8, 2014 for the response brief.

The requested extension of time to file the opening brief and appendix is warranted given that in the time period preceding the original filing deadline, the Supreme Court is expected to determine whether it will grant von Drehle Corporation's petition for writ of certiorari (*von Drehle Corp. v. Georgia-Pac. Consumer Prods., LP*, No. 13-41) requesting review of a prior appeal decided by

---

[1] This amended motion requests the same extension of time to file the opening brief and appendix as was requested in the motion that this filing seeks to amend (*see* Dkt. No. 18, filed Sept. 4, 2013), but also clarifies and satisfies the terms upon which counsel for Georgia-Pacific has agreed not to oppose the requested extension.

this Court that is closely related to the above-captioned case (*Georgia-Pacific Consumer Prods., LP v. von Drehle Corp.*, No. 12-1444). The Supreme Court's decision could significantly affect the parties' arguments in the above-captioned case, as well as this Court's evaluation of those arguments.

The requested extension is also warranted in light of the parties' participation in this Court's mediation process. An initial mediation conference is scheduled to take place on September 18, 2013, approximately two and a half weeks prior to the original filing deadline.

The requested extension is further warranted because, in light of counsel for von Drehle Corporation's competing, previously scheduled obligations, a 30-day extension would permit counsel additional time to develop the opening brief and appendix materials, and, therefore, better assist the Court in the resolution of this matter. Counsel for von Drehle Corporation are responsible for several briefs and petitions to be filed in the federal courts in the weeks before the original filing deadline.

For these reasons, von Drehle Corporation, through undersigned counsel, respectfully requests that the Court grant the motion for a 30-day extension of time within which to file the opening brief and appendix in this appeal (and a separate, corresponding extension of time for Plaintiff-Appellee to file the response brief).

Respectfully submitted,

s/ *Nicolas W. Thompson*
Carter G. Phillips
Richard Klingler
Jacqueline G. Cooper
Nicolas W. Thompson
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel.: (202) 736-8000
Fax: (202) 736-8711

Michael P. Thomas
PATRICK, HARPER & DIXON LLP
P.O. Box 218
Hickory, North Carolina 28603
Tel.: (828) 322-7741
Fax: (828) 322-9340

*Counsel for Defendant-Appellant von Drehle Corporation*

Dated: September 5, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2013, I caused the foregoing to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Notice of this filing will be sent to all parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Nicolas W. Thompson*
Nicolas W. Thompson
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
(202) 736-8000